CHRISTOPHER CHIOU
United States Attorney
District of Nevada
Nevada Bar No. 14853
BRIAN W. IRVIN
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
brian.irvin@usdoj.gov
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Dorian Yuen,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>United States of America; United States Department of Homeland Security (DHS); Alejandro Mayorkas, as Secretary of DHS; United States Citizenship and Immigration Services (USCIS), Tracy Renaud, as Director of USCIS; Irene Martin, as District Director of USCIS for the Los Angeles District Office; Rosemary Langley Melville, as Director of the USCIS California Service Center; United States Department of Justice (DOJ); Merrick Garland, as Attorney General of the United States; Federal Bureau of Investigation (FBI); and Christopher A Wray, as Director of the FBI,<br><br>　　　　Defendants. | Case No. 2:21-cv-01095-APG-NJK<br><br>**Stipulation to Stay Deadlines** |

　　　　The parties, by and through their respective counsel of record, stipulate and request that this Court stay all deadlines in this matter based on the following:

　　　　1.　　On June 9, 2021, Plaintiff filed a Complaint (ECF No. 1), requesting the Court to compel Defendants to review the Form I-192 Application of Dorian Yuen.

　　　　2.　　Plaintiffs served Defendants on October 12, 2021. The deadline for the Defendants to answer or otherwise plead in response to Plaintiff's Complaint was

December 13, 2021. The parties agreed to extend this deadline one week, December 20, 2021.

3. The federal government is reviewing Plaintiff's Form I-192 Application. Counsel for the respective parties recently exchanged information related to the application, which may render this lawsuit moot. The parties request that the Court stay this matter pending potential resolution. If the parties can resolve this matter, they will promptly file a stipulation of dismissal.

4. Parties further request that the Court schedule a status conference in 90 days or another time it deems appropriate if the parties have not entered a stipulation of dismissal.

Respectfully submitted this 20th day of December 2021.

| | |
|---|---|
| MCDONALD LAW GROUP | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Rena McDonald*<br>RENA MCDONALD<br>203 S. Water Street<br>Henderson, NV 89015<br>*Attorney for the Plaintiff* | */s/ Brian Irvin*<br>BRIAN W. IRVIN<br>Assistant United States Attorney<br><br>*Attorneys for Federal Defendants* |

**IT IS SO ORDERED: The parties will file a status report by March 29, 2022.**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 21, 2021